Ellen C. Dove, Esq.   SBN 64034
5325 Elkhorn Blvd., #160
Sacramento, CA  95842
Tel.  (916) 331-0111
FAX (916) 726-8576
Email: edove3136@aol.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA M. HAGAN as Personal Representative and as GUARDIAN Ad LITEM for CONNOR HAGAN, a minor,<br><br>      Plaintiff,<br><br>      vs.<br><br>CALIFORNIA FORENSIC MEDICAL GROUP, COUNTY OF BUTTE and Does 1-100,<br><br>      Defendants. | Case No.:  2:07−CV−01095<br><br>PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM AND ORDER |

Petitioner, CHRISTINA M. HAGAN, respectfully represents:

1.      Petitioner is the mother of CONNOR HAGAN, a minor.

2.      The minor was born on birth February 20, 2005, and is 28 months old.

3.      The minor has a cause of action against the above-named defendants on which a suit has been brought in this court.  The cause of action arises out of the wrongful death of Michael Christopher Hagan, the late father of CONNOR HAGAN.

4.      Petitioner seeks an order appointing her as the guardian ad litem for CONNOR HAGAN to prosecute the above-described cause of action.

5. The proposed guardian ad litem is fully competent and qualified to understand and protect the rights of the person she will represent and has no interests adverse to the interests of that person.

Dated: June 8, 2007                    Respectfully submitted,


/s/_____
ELLEN C. DOVE
Attorney for Plaintiffs


**VERIFICATION**

I, CHRISTINA M. HAGAN, am the petitioner in the above-entitled proceeding. I have read the foregoing and know the contents thereof. I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Dated: July 19, 2007          /s/_____
                                        CHRISTINA M. HAGAN


CONSENT TO ACT AS GUARDIAN AD LITEM

I, CHRISTINA M. HAGAN, consent to the appointment as guardian ad litem under the above petition.

Dated: July 19, 2007          /s/_____
                                        CHRISTINA M. HAGAN


ORDER

THE COURT FINDS that it is reasonable and necessary to appoint a guardian ad litem for CONNOR HAGAN, as requested.

THE COURT ORDERS that CHRISTINA M. HAGAN, is hereby appointed as the guardian ad litem for CONNOR HAGAN for the reasons set forth above.

Dated: July 24, 2007

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT