Ellen C. Dove, Esq., (SBN 06434)
5325 Elkhorn Blvd., #160
Sacramento, CA 95842
Telephone: (916) 331-0111
Fax: (916) 726-8576
Email: edove3136@aol.com

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA M. HAGAN as Personal Representative and as GUARDIAN Ad LITEM for CONNOR HAGAN, a minor,<br><br>    Plaintiffs,<br><br>  v.<br><br>CALIFORNIA FORENSIC MEDICAL GROUP, et al.,<br><br>    Defendants.<br>_____ | CASE NO.: 07-cv-01095 LKK  DAD<br><br>STIPULATION RE AMENDMENT OF COMPLAINT |

IT IS HEREBY STIPULATED by and between the parties through their counsel of record, plaintiffs shall be permitted to amend the operative Second Amended Complaint to correct the name of Dr. Cox to insert his correct first name, Roger, and to add the allegation in paragraph 8 plaintiffs have submitted a state tort claim.  Counsel for the CDCR employees has indicated he will be answering the new Complaint if this allegation regarding submitting a state claim is provided.  A copy of the proposed Third Amended Complaint is attached hereto.

The parties who have previously appeared have no objection to this amendment so long as it is limited to the matters permitted herein.  The parties agree the answers previously filed responsive to the Second Amended Complaint shall be applicable to the Third Amended Complaint.  The parties further agree the Motion for Summary Judgment filed on behalf of

-1-

PDF created with pdfFactory trial version www.pdffactory.com

Defendant County of Butte to the Second Amended Compliant shall be applicable to the Third Amended Complaint.

Dated: November 25, 2008        LAW OFFICES OF ELLEN C. DOVE

/s/ Ellen C. Dove
ELLEN C. DOVE
Attorney for Plaintiffs


PORTER, SCOTT LAW FIRM

Dated: 12/2/08        /s/ John Whitefleet
JOHN WHITEFLEET
Attorney for Defendant Butte County

TRIMBLE, SHERINIAN & VARANINI

Dated: 12/2/08        /s/ Jerome M. Varanini
JEROME M. VARANINI
Attorney for Defendant California Forensic Medical Group

**ORDER**

IT IS HEREBY ORDERED Plaintiffs may file the proposed Third Amended Complaint.

DATED: December 5, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

-2-

PDF created with pdfFactory trial version www.pdffactory.com