UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTINE M. HAGAN as
Personal Representative
and as GUARDIAN Ad LITEM
for CONNOR HAGAN, a minor,

        NO. CIV. S-07-1095 LKK/DAD

    Plaintiffs,

  v.                      O R D E R

CALIFORNIA FORENSIC
MEDICAL GROUP, et al.,

    Defendants.
_____/

    Pending before the court is defendant County of Butte's motion for summary judgment, currently set to be heard on December 22, 2008. Due to court congestion, the court CONTINUES the hearing to January 12, 2009 at 10:00 AM. Plaintiffs' opposition or statement of non-opposition SHALL be filed not later than December 15, 2008. Defendant's reply, if any, SHALL be filed not later than December 22, 2008.

    IT IS SO ORDERED.

    DATED: December 10, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1