1  **LAW OFFICES OF ELLEN C. DOVE**
   Ellen C. Dove, SBN 64034
2  5325 Elkhorn Boulevard, Suite160
   Sacramento, CA 95842
3  TEL: 916.331.0111
   FAX: 916.726.8576
4
   Attorney for Plaintiff
5
   **P O R T E R  |  S C O T T**
6  A PROFESSIONAL CORPORATION
   Terence J. Cassidy, SBN 99180
7  John R. Whitefleet, SBN 213301
   350 University Ave., Suite 200
8  Sacramento, California 95825
   TEL: 916.929.1481
9  FAX: 916.927.3706

10 Bruce S. Alpert, SBN 075684
   BUTTE COUNTY COUNSEL
11 25 County Center Drive
   Oroville, CA  95965
12 TEL: 530.538.7621
   FAX: 530.538.6891
13
   Attorneys for Defendant COUNTY OF BUTTE
14
   **TRIMBLE, SHERINIAN & VARANINI**
15 Jerome M. Varanini, SBN 106379
   2500 Venture Oaks Way, Stuite 350
16 Sacramento, CA 95833
   TEL: 916.313.7516
17 FAX: 916.442.5750

18 Attorney for Defendant CALIFORNIA FORENSIC MEDICAL GROUP,

19           **UNITED STATES DISTRICT COURT**

20           **EASTERN DISTRICT OF CALIFORNIA**

21 CHRISTINA  M.  HAGAN  as  Personal      Case No. CIV 07-1095 LKK DAD
   Representative  and  as  GUARDIAN  Ad
22 LITEM for CONNOR HAGAN, a minor,

23        Plaintiffs,                    **STIPULATION TO MODIFY/VACATE
                                         PRETRIAL   SCHEDULING   ORDER;**
24 vs.                                   **ORDER**

25 CALIFORNIA   FORENSIC   MEDICAL
   GROUP, COUNTY OF BUTTE and Does
26 100,

27        Defendants.

28 _____/

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

1
STIPULATION TO MODIFY/VACATE PRETRIAL SCHEDULING ORDER; ORDER
00634388.WPD

Plaintiff CHRISTINA M. HAGAN as Personal Representative and as GUARDIAN Ad LITEM for CONNOR HAGAN ("Plaintiffs"), and, Defendants COUNTY OF BUTTE and CALIFORNIA FORENSIC MEDICAL GROUP, by and through their respective undersigned counsel, respectfully submit the following stipulation and request to Modify/Vacate the Status (Pretrial Scheduling) Order dated September 10, 2007, as follows:

1.      The Plaintiffs filed their original complaint in this matter on June 7, 2007, arising from the alleged wrongful death of Decedent Michael Hagan subsequent to his transfer to State Prison from the Butte County Jail.

2.      On September 10, 2007, the court issued its Status (Pretrial Scheduling) Order (Docket Entry No. 16) setting forth the deadlines and dates in this matter.

3.      On or about February 2, 2008, Defendant California Department of Corrections and Rehabilitation ("CDCR") was dismissed.

4.      Following the commencement of discovery, Plaintiffs sought and was granted leave on September 25, 2008, to file a Second Amended Complaint (SAC) naming numerous CDCR-associated individuals as defendants.

5.      Under the Status (Pretrial Scheduling) Order dated September 10, 2007, discovery closed as of November 4, 2008.  Trial is scheduled for August 11, 2009.

6.      On November 21, 2008, Defendant COUNTY OF BUTTE filed a Motion for Summary Judgment/Adjudication.

7.      The other CDCR-associated individuals named as defendants have not yet appeared in the action.

8.      Given that the matter is no longer "at issue," the parties agree and stipulate that the current schedule under the Status (Pretrial Scheduling) Order should be modified/vacated to allow sufficient time for CDCR-associated individuals named as defendants to appear in the action.

9.      Accordingly, the parties hereby agree, stipulate and request the court vacate the current Status (Pretrial Scheduling) Order, and set a further Status Conference to schedule further proceedings once the CDCR-associated individuals named as

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL. 916.929.1481
FAX. 916.927.3706
www.porterscott.com

STIPULATION TO MODIFY/VACATE PRETRIAL SCHEDULING ORDER; ORDER

00634388.WPD

1    defendants have appeared

2                                        Respectfully Submitted,

3    Dated: December 8, 2008             LAW OFFICES OF ELLEN C. DOVE

4

5                                        By   /s/ Ellen C. Dove
                                              Ellen C. Dove
6                                             Attorneys for Plaintiffs

7

8    DATED: December 11, 2008            TRIMBLE, SHERINIAN & VARANINI

9

10                                       By   /s/   Jerome M. Varanini
                                              Jerome M. Varanini
11                                            Attorneys    for    Defendant    CALIFORNIA
                                              FORENSIC MEDICAL GROUP, INC

12

13   DATED: December 8, 2008             PORTER SCOTT
                                         A PROFESSIONAL CORPORATION

14

15                                       By   /s/   John R. Whitefleet
                                              Terence J. Cassidy
16                                            John R. Whitefleet
                                              Attorneys for Defendant
17                                            COUNTY OF BUTTE

18                                **ORDER**

19        Having reviewed the above Stipulation, and good cause appearing, the court hereby

20   vacates the Status (Pretrial Scheduling) Order dated September 10, 2007, and all dates

21   therein.  A further telephonic Status Conference will be set, to be scheduled in the future as

22   determined by the court.

23        IT IS SO ORDERED.

24        Dated:   December 11, 2008

25

26                                       LAWRENCE K. KARLTON
27                                       SENIOR JUDGE
                                         UNITED STATES DISTRICT COURT
28

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL. 916.929.1481
FAX. 916.927.3706
www.porterscott.com

3
**STIPULATION TO MODIFY/VACATE PRETRIAL SCHEDULING ORDER; ORDER**
00634388.WPD