UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTINE M. HAGAN as
Personal Representative
and as GUARDIAN Ad LITEM
for CONNOR HAGAN, a minor,

                              NO. CIV. S-07-1095 LKK/DAD

    Plaintiffs,

  v.                                 O R D E R

CALIFORNIA FORENSIC
MEDICAL GROUP, et al.,

    Defendants.
_____/

    Pending before the court is a motion to dismiss by defendant CDCR employees. The Court does not find oral argument necessary in this matter. Accordingly, the hearing currently set for January 30, 2009 is VACATED.

    IT IS SO ORDERED.

    DATED: January 28, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1