UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTINE M. HAGAN as
Personal Representative
and as GUARDIAN Ad LITEM
for CONNOR HAGAN, a minor,

        Plaintiffs,

  v.

CALIFORNIA FORENSIC
MEDICAL GROUP, et al.,

        Defendants.
_____/

NO. CIV. S-07-1095 LKK/DAD

O R D E R

Pending before the court is a motion to dismiss the Fourth Amended Complaint filed by defendant CDCR employees, Doc. No. 97. The court does not find oral argument necessary in this matter. Accordingly, the hearing currently set for May 4, 2009 is VACATED.

    IT IS SO ORDERED.

    DATED: April 29, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1