UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTINA M. HAGAN as
Personal Representative
and as GUARDIAN AD LITEM
for CONNOR HAGEN, a minor,

                                    NO. CIV. S-07-1095 LKK/DAD

    Plaintiff,

    v.

                                    O R D E R

CALIFORNIA FORENSIC MEDICAL
GROUP, COUNTY OF BUTTE, and
Does 1-100,

    Defendants.
                             /

    On December 11, 2008, the court vacated the status (pretrial scheduling) order in the above captioned case. No further status conference was set.

    For the foregoing reason, the court ORDERS that a further status conference is set for October 18, 2010 at 3:30 p.m. Parties are instructed to file status reports fourteen (14) days prior to the status conference.

    IT IS SO ORDERED.

    DATED: September 27, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1