LONGYEAR, O'DEA & LAVRA, LLP
3620 American River Drive, Suite 230
Sacramento, California 95864-5923
Tel: 916-974-8500 Fax: 916 974-8510
Van Longyear, CSB No. 84189
Natasha N. Langenfeld, CSB No. 250944

Attorneys for Defendant, Roger Cox, M.D.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA M. HAGAN, a Personal Representative and as GUARDIAN AD LITEM for CONNOR HAGAN, a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>CALIFORNIA FORENSIC MEDICAL GROUP, et al.,<br><br>Defendants. | CASE NO.  2:07-cv-01095 LKK DAD<br><br>**STIPULATION REGARDING DISMISSAL REGARDING ROGER COX, M.D. ONLY**<br><br>**ORDER** |

   COMES NOW, Plaintiffs, CHRISTINA M. HAGAN, a Personal Representative and as GUARDIAN AD LITEM for CONNOR HAGAN, a minor, by and through their attorney of record, Ellen C. Dove, and hereby stipulate to the dismissal of the entire action against Defendant, ROGER COX, M.D., *only*, with prejudice.

   Each party to bear his, her or its own costs and attorneys' fees, including any entitlement to fees or costs pursuant to 42 U.S.C. Section 1988.


Dated: April 21, 2011         LONGYEAR, O'DEA & LAVRA, LLP

                    By: */s/ Van Longyear*
                        VAN LONGYEAR
                        Attorneys for Defendant
                        Roger Cox, M.D.

1 | Dated: April 20, 2011          LAW OFFICE OF ELLEN C. DOVE

2

3 | By: */s/ Ellen C. Dove*

4 | ELLEN C. DOVE
Attorney Plaintiffs

5 | [Original Signatures on File with Counsel for Defense]

6

7 | **ORDER REGARDING DISMISSAL**

8 | **IT IS SO ORDERED.**

9 | This action is dismissed, with prejudice, only as to the claims of Plaintiffs against

10 | Defendant, Roger Cox, M.D.  Each party to bear his, her or its own costs and attorneys' fees.

11

12 | Dated:  April 22, 2011

13

14 | LAWRENCE K. KARLTON
15 | SENIOR JUDGE
UNITED STATES DISTRICT COURT