1  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
2  STEVEN M. GEVERCER, State Bar No. 112790
   Supervising Deputy Attorney General
3  WILLIAM A. KRABBENHOFT, State Bar No. 119197
   Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone:  (916) 324-5334
6   Fax:  (916) 322-8288
    E-mail:  Bill.Krabbenhoft@doj.ca.gov
7
   *Attorneys for Defendants Barton, Bates, French,*
8  *Garbutt, James, Marlow, Martin, Mayo and*
   *Svendsen*
9

10              IN THE UNITED STATES DISTRICT COURT

11            FOR THE EASTERN DISTRICT OF CALIFORNIA

12                     SACRAMENTO DIVISION

13

14  **CHRISTINA M. HAGAN as Personal**          2:07-CV-01095 LKK DAD
    **Representative and as GUARDIAN Ad**
15  **LITEM for CONNOR HAGAN, a minor,**        **STIPULATION AND ORDER TO**
                                                **CONTINUE PRETRIAL CONFERENCE**
16                              Plaintiffs,     **AND TRIAL**

17        v.

18
    **CALIFORNIA FORENSIC MEDICAL**
19  **GROUP, et al.,**

20                              Defendants.

21

22        In its Status (Pretrial Scheduling) Conference Order (Docket No. 114), the Court set a final

23  pretrial conference for August 15, 2011, and set a nine-day jury trial for November 15, 2011.  The

24  parties, by and through their respective counsel, hereby stipulate to continue the trial to April 23,

25  2012, and the pretrial conference to January 23, 2012, or to any other dates in this time period due

26  to availability on the Court's calendar.

27        The parties submit good cause exists for the continuance of the trial and pretrial conference

28  in that the parties have just started to engage in settlement negotiations and believe settlement is

                                        1

1  very possible.  However, due to the bureaucratic red tape defense counsel must cut through in

2  order to get settlement authority/approval from the California Department of Corrections and

3  Rehabilitation (CDCR), the parties simply need time to settle this case.  Plaintiff's counsel has

4  agreed to provide defendants' counsel a detailed settlement demand.  Defendants' counsel must

5  provide the CDCR with a very detailed request for settlement authority analyzing the facts and

6  law while estimating the likelihood of a jury verdict.  The request must also be approved by

7  defense counsel's immediate supervisor and then by a Senior Assistant Attorney General.  It

8  generally takes 90-120 days to complete the process and receive settlement authority.

9      GOOD CAUSE further exists in that by focusing on settlement now the parties will save

10  money by not incurring further expert and attorney fees and that money can be used towards

11  settlement.

12      GOOD CAUSE for a continuance further exists in that plaintiffs' expert, Stephan Pardi, is

13  having serious health/medical issues such that he expects to be undergoing testing and treatment

14  that will conflict with the scheduled trial date and prevent him from testifying.

15      This is the parties first request to continue the pretrial conference and trial date and is done

16  in good faith and not for any improper reasons.

17

18  Dated:  July 27, 2011

19                                          Office of the Attorney General

20                                              */s/  WILLIAM A. KRABBENHOFTt*

21                                            WILLIAM A. KRABBENHOFT
                                              *Attorneys for Defendants Barton, Bates,*
22                                            *French, Garbutt, James, Marlow, Martin,*
                                              *Mayo and Svendsen*

23

24  Dated:  July 27, 2011

25                                          Law Offices of Ellen C. Dover

26                                              */s/  ELLEN C. DOVE*

27                                            ELLEN C. DOVE
                                              *Attorneys for Plaintiffs*

28

                                              2

1

2
Dated:  July 27, 2011

Trimble, Sherinian & Varanini

3
/s/  JEROME M. VARANINI

4
JEROME M. VARANINI
*Attorneys for Defendant California Forensic*

5
*Medical Group*

6

7

8
**ORDER**

9

10
    GOOD CAUSE having been shown, the pretrial conference is continued from August 15,

11
2011 to **January 23, 2012 at 1:30 P.M.,** and the trial is continued from November 15, 2011 to

12
**April 24, 2012 at 10:30 a.m.**

13

14
DATED:  July 28, 2011

15
LAWRENCE K. KARLTON

16
SENIOR JUDGE
UNITED STATES DISTRICT COURT

17

18

19

20

21

22
SA2007103698
31310781.doc

23

24

25

26

27

28

3