KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
STEVEN M. GEVERCER, State Bar No. 112790
Senior Assistant Attorney General
WILLIAM A. KRABBENHOFT, State Bar No. 119197
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 324-5334
  Fax: (916) 322-8288
  E-mail: Bill.Krabbenhoft@doj.ca.gov

*Attorneys for Defendants Barton, Bates, French, Garbutt, James, Marlow, Martin, Mayo and Svendsen*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CHRISTINA M. HAGAN as Personal Representative and as GUARDIAN Ad LITEM for CONNOR HAGAN, a minor,**<br><br>Plaintiffs,<br><br>v.<br><br>**CALIFORNIA FORENSIC MEDICAL GROUP, et al.,**<br><br>Defendants. | 2:07-CV-01095 LKK DAD<br><br>**STIPULATION AND ORDER TO CONTINUE PRETRIAL CONFERENCE AND TRIAL** |

Pursuant to the parties last Stipulation the Court set a pretrial conference for January 23, 2012, and set trial for April 24, 2012. (Docket No. 127) The parties, by and through their respective counsel, believe good cause exists to again stipulate to continue the trial to August 20, 2012, and the pretrial conference to May 21, 2012, or to any other dates in this time period due to availability on the Court's calendar.

The parties submit good cause exists for the continuance of the trial and pretrial conference in that the parties are engaged in settlement negotiations and believe settlement is possible.

1

However, as explained in the last stipulation, there is certain protocol defense counsel must follow to obtain settlement authority in excess of Thirty Five Thousand dollars.  It generally takes 90-120 days to complete this process.  Unfortunately, defense counsel has been unable to complete this process due to the unexpected passing of counsel's mother-in-law, Gertrude Blandford ("Trudy"), on November 29, 2011.  In October Trudy fell and broke her shoulder in three places, and had surgery, but due to complications passed away.  Since October counsel has missed almost six weeks of work while taking care of Trudy, grieving, and providing comfort to family members.  Trudy lived with counsel and his wife for nineteen years and her loss has taken a heavy toll.  Because of missing so much work, along with having to try a case in Placer County the first week of November, counsel has simply not had the time he expected to have in order to finalize the settlement protocol in the instant case.  Counsel is finally back at work and has made this settlement his top priority.

GOOD CAUSE further exists in that by focusing on settlement the parties will save money by not incurring further expert and attorney fees and that money can be used towards settlement.

GOOD CAUSE for a continuance further exists in that plaintiffs' expert, Stephan Pardi, is still facing serious health issues and is undergoing testing and treatment that will conflict with the scheduled trial date and possibly prevent him from testifying.

This is the parties' second request to continue the pretrial conference and trial date and is made in good faith and not for any improper reasons.

Dated:  January 4, 2012

          Office of the Attorney General

            /s/  WILLIAM A. KRABBENHOFTt

          WILLIAM A. KRABBENHOFT
          *Attorneys for Defendants Barton, Bates,*
          *French, Garbutt, James, Marlow, Martin,*
          *Mayo and Svendsen*

Dated:  January 4, 2012

          Law Offices of Ellen C. Dover

            /s/   ELLEN C. DOVE

          ELLEN C. DOVE
          *Attorneys for Plaintiffs*

Dated: January 4, 2012

Trimble, Sherinian & Varanini

*/s/ JEROME M. VARANINI*

JEROME M. VARANINI
*Attorneys for Defendant California Forensic Medical Group*

### ORDER

GOOD CAUSE having been shown, the pretrial conference is continued from January 23, 2012 to May 21, 2012, at 2:30 p.m. and the trial is continued from April 24, 2012 to September 5, 2012, at 10:30 a.m.

Dated: January 10, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT