1  KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
2  STEVEN M. GEVERCER, State Bar No. 112790
Senior Assistant Attorney General
3  WILLIAM A. KRABBENHOFT, State Bar No. 119197
Deputy Attorney General
4  1300 I Street, Suite 125
P.O. Box 944255
5  Sacramento, CA 94244-2550
Telephone:  (916) 324-5334
6  Fax:  (916) 322-8288
E-mail:  Bill.Krabbenhoft@doj.ca.gov

7
*Attorneys for Defendants Barton, Bates, French,*
8  *Garbutt, James, Marlow, Martin, Mayo and*
*Svendsen*
9

10           IN THE UNITED STATES DISTRICT COURT

11           FOR THE EASTERN DISTRICT OF CALIFORNIA

12                    SACRAMENTO DIVISION

13

| | |
|---|---|
| 14  **CHRISTINA M. HAGAN as Personal Representative and as GUARDIAN Ad** | 2:07-CV-01095 LKK DAD |
| 15  **LITEM for CONNOR HAGAN, a minor,** | **STIPULATION AND ORDER TO CONTINUE PRETRIAL CONFERENCE** |
| 16                           Plaintiffs, | **AND TRIAL** |
| 17           **v.** | |
| 18 | |
| 19  **CALIFORNIA FORENSIC MEDICAL GROUP, et al.,** | |
| 20                           Defendants. | |

21

22        Pursuant to the parties last Stipulation the Court set a pretrial conference for January 23,

23  2012, and set trial for April 24, 2012.  (Docket No. 127)  The parties, by and through their

24  respective counsel, believe good cause exists to again stipulate to continue the trial to August 20,

25  2012, and the pretrial conference to May 21, 2012, or to any other dates in this time period due to

26  availability on the Court's calendar.

27        The parties submit good cause exists for the continuance of the trial and pretrial conference

28  in that the parties are engaged in settlement negotiations and believe settlement is possible.

                                          1

1    However, as explained in the last stipulation, there is certain protocol defense counsel must

2    follow to obtain settlement authority in excess of Thirty Five Thousand dollars.  It generally takes

3    90-120 days to complete this process.  Unfortunately, defense counsel has been unable to

4    complete this process due to the unexpected passing of counsel's mother-in-law, Gertrude

5    Blandford ("Trudy"), on November 29, 2011.  In October Trudy fell and broke her shoulder in

6    three places, and had surgery, but due to complications passed away.  Since October counsel has

7    missed almost six weeks of work while taking care of Trudy, grieving, and providing comfort to

8    family members.  Trudy lived with counsel and his wife for nineteen years and her loss has taken

9    a heavy toll.  Because of missing so much work, along with having to try a case in Placer County

10    the first week of November, counsel has simply not had the time he expected to have in order to

11    finalize the settlement protocol in the instant case.  Counsel is finally back at work and has made

12    this settlement his top priority.

13    GOOD CAUSE further exists in that by focusing on settlement the parties will save money

14    by not incurring further expert and attorney fees and that money can be used towards settlement.

15    GOOD CAUSE for a continuance further exists in that plaintiffs' expert, Stephan Pardi, is

16    still facing serious health issues and is undergoing testing and treatment that will conflict with the

17    scheduled trial date and possibly prevent him from testifying.

18    This is the parties' second request to continue the pretrial conference and trial date and is

19    made in good faith and not for any improper reasons.

20    Dated:  January 4, 2012

                                    Office of the Attorney General

21
                                     */s/  WILLIAM A. KRABBENHOFTt*

22
                                    WILLIAM A. KRABBENHOFT

23                                  *Attorneys for Defendants Barton, Bates,*
                                    *French, Garbutt, James, Marlow, Martin,*

24                                  *Mayo and Svendsen*

25    Dated:  January 4, 2012

                                    Law Offices of Ellen C. Dover

26
                                    */s/  ELLEN C. DOVE*

27
                                    ELLEN C. DOVE

28                                  *Attorneys for Plaintiffs*

                                                2

---

Stipulation and Order to Continue Pretrial Conference and Trial   (2:07-CV-01095 LKK DAD)

1

2  Dated:  January 4, 2012

Trimble, Sherinian & Varanini

3

*/s/  JEROME M. VARANINI*

4

5  JEROME M. VARANINI
*Attorneys for Defendant California Forensic*
*Medical Group*

6

7

8

9  **ORDER**

10

11    GOOD CAUSE having been shown, the pretrial conference is continued from January 23,

12  2012 to May 21, 2012, at 2:30 p.m. and the trial is continued from April 24, 2012 to September 5,

13  2012, at 10:30 a.m.

14

15  Dated:  January 10, 2012.

16

17

18  LAWRENCE K. KARLTON
SENIOR JUDGE

19  UNITED STATES DISTRICT COURT

20

21

22

23

24

25

26

27

28

3