KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
PETER A. MESHOT, State Bar No. 117061
Senior Assistant Attorney General
WILLIAM A. KRABBENHOFT, State Bar No. 119197
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 324-5334
 Fax:  (916) 322-8288
 E-mail:  Bill.Krabbenhoft@doj.ca.gov

*Attorneys for Defendants Barton, Bates, French, Garbutt, James, Marlow, Martin, Mayo and Svendsen*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CHRISTINA M. HAGAN as Personal Representative and as GUARDIAN Ad LITEM for CONNOR HAGAN, a minor,**<br><br>Plaintiffs,<br><br>v.<br><br>**CALIFORNIA FORENSIC MEDICAL GROUP, et al.,**<br><br>Defendants. | 2:07-CV-01095 LKK DAD<br><br>**STIPULATION AND ORDER TO CONTINUE PRETRIAL CONFERENCE AND TRIAL** |

Pursuant to the parties last Stipulation the Court set a pretrial conference for May 21, 2012, and set trial for September 5, 2012.  (Docket No. 129)  The parties, by and through their respective counsel, believe good cause exists to again stipulate to continue the trial to December 4, 2012, and the pretrial conference to September 18, 2012, or to any other dates in this time period due to availability on the Court's calendar.

The parties submit good cause exists for the continuance of the trial and pretrial conference in that the parties are engaged in settlement negotiations and believe settlement is possible.

1

1  However, due to a long recovery from his beloved mother-in-law's unexpected death, his own
2  health issues, and a tremendous backlog of work due to missing work and a jury trial in March,
3  defense counsel for California Department of Corrections and Rehabilitation [CDCR] states it has
4  taken much longer than expected to request and receive a settlement authority from two
5  supervisors and CDCR.
6      To make sure there are not further delays, the parties have agreed to mediation.  Plaintiff's
7  counsel is currently in trial but when she gets out, the parties will pick a mediator.  The parties
8  will schedule the mediation for early August.
9      GOOD CAUSE further exists in that by focusing on settlement the parties will save money
10 by not incurring further expert and attorney fees and that money can be used towards settlement.
11     GOOD CAUSE for a continuance further exists in that defense counsel just learned he will
12 be on vacation out of the country from August 24, 2012 to September 4, 2012, such that he will
13 be unavilable for a trial started on September 5, 2012.  This is the only time counsel's daughter
14 has off from school and working, and will be the only time this year he gets to see his daughter.
15     This is the parties' third request to continue the pretrial conference and trial date and is
16 made in good faith and not for any improper reasons.
17
18 Dated: April 30, 2012

Office of the Attorney General

 /s/  WILLIAM A. KRABBENHOFTt

WILLIAM A. KRABBENHOFT
*Attorneys for Defendants Barton, Bates,*
*French, Garbutt, James, Marlow, Martin,*
*Mayo and Svendsen*

Dated: April 30, 2012

Law Offices of Ellen C. Dover

/s/  ELLEN C. DOVE

ELLEN C. DOVE
*Attorneys for Plaintiffs*

Trimble, Sherinian & Varanini

2

Stipulation and Order to Continue Pretrial Conference and Trial   (2:07-CV-01095 LKK DAD)

Dated: April 30, 2012

                                                                                                         */s/ JEROME M. VARANINI*

                                                                                                         JEROME M. VARANINI
*Attorneys for Defendant California Forensic Medical Group*

## ORDER

GOOD CAUSE having been shown, the pretrial conference is continued from May 21, 2012, to September 17, 2012 at 1:30 p.m. and the trial is continued from September 5, 2012, to December 4, 2012 at 10:30 a.m.

IT IS SO ORDERED.

DATED: May 2, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3

1
2   SA2007103698
    31447600.doc
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28