UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTINA M. HAGAN as
Personal Representative
and as Guardian Ad Litem
for CONNOR HAGAN, a minor,

        NO. Civ.S-07-1095 LKK/DAD

    Plaintiffs,

  v.

CALIFORNIA FORENSIC                 **O R D E R**
MEDICAL GROUP, COUNTY OF
BUTTE and DOES 1-100,

    Defendants.
_____/

    Counsel for defendant has filed a Notice of Settlement in the above-captioned case.  The court now orders plaintiff's counsel to file a notice of motion for Petition for Minor's Compromise within fourteen (14) days from the date of this order.

    The pretrial conference currently set for September 17, 2012 is continued to December 3, 2012 at 1:30 p.m.  The trial is hereby **VACATED.**

    FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO

1

1  CONTRIBUTED TO THE VIOLATION OF THIS ORDER.
2       IT IS SO ORDERED.
3       DATED:  August 27, 2012.


                              _____
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT

2