KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
STEVEN M. GEVERCER, State Bar No. 112790
Senior Assistant Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 322-7487
 Fax: (916) 322-8288
 E-mail: Steven.Gevercer@doj.ca.gov

*Attorneys for Defendants Barton, Bates, French, Garbutt, James, Marlow, Martin, Mayo and Svendsen*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CHRISTINA M. HAGAN as Personal Representative and as GUARDIAN Ad LITEM for CONNOR HAGAN, a minor,**<br><br>Plaintiffs,<br><br>v.<br><br>**CALIFORNIA FORENSIC MEDICAL GROUP, et al.,**<br><br>Defendants. | 2:07-CV-01095 LKK DAD<br><br>**STIPULATION AND ORDER TO VACATE PRETRIAL CONFERENCE AND SET MATTER FOR SETTLEMENT CONFERENCE BEFORE MAGISTRATE JUDGE DALE A. DROZD**<br><br>Judge:     Hon. Lawrence K. Karlton<br>Trial Date:  December 4, 2012 |

The parties, by and through their respective counsel, stipulate to vacate the pretrial conference currently set for December 3, 2012, at 1:30 p.m. before the Honorable Lawrence K. Karlton and to set this matter for settlement conference before Magistrate Judge Dale A. Drozd.

Good cause exists for the vacating the pretrial conference because: 1) Plaintiff and the State Defendants are engaged in substantive settlement negotiations, and believe the Magistrate Judge's participation will encourage a mutually acceptable settlement; 2) Plaintiff and State Defendants maintain a good faith belief settlement is possible and in the best interest of all parties; 3) In light of the negotiated settlement between Plaintiff and California Forensic Medical

1

1. Group, the State Defendants, represented by the Office of the Attorney General, are the only
2. remaining defendants; and 4) the participation of the parties in a Magistrate Judge facilitated
3. settlement conference will efficiently use and preserve the resources of the court and counsel.
4.     Plaintiff's counsel requests that a settlement conference be set within 45 days of the Court's
5. Order, and that a pretrial conference be scheduled for a date certain soon after the date set for a
6. settlement conference. The State Defendants have no opposition to these requests.
7.     In addition, the Plaintiff and State Defendants hereby waive any objection to the handling
8. of this matter by the Magistrate Judge for the purpose of presiding over a settlement conference.

Dated:  September 17, 2012          Office of the Attorney General

*/s/  Steven M. Gevercer*
STEVEN M. GEVERCER
*Attorneys for Defendants Barton, Bates, French,*
*Garbutt, James, Marlow, Martin, Mayo and Svendsen*

Dated: September ____, 2012          Law Offices of Ellen C. Dove

*/s/ Ellen C. Dove*
ELLEN C. DOVE
*Attorneys for Plaintiffs*

**ORDER**

    Good cause having been shown, the pretrial conference currently set on December 3, 2012, at 1:30 p.m. is hereby VACATED.  A settlement conference is set for December 6, 2012 at 1:30 p.m. before Magistrate Judge Dale A. Drozd; and a pretrial conference is set for January 28, 2013 at 2:30 p.m. before the Honorable Lawrence K. Karlton.

Dated:  September 25, 2012.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT