Ellen C. Dove, Esq., (SBN 64034)
5325 Elkhorn Blvd., #160
Sacramento, CA 95842
Telephone: (916) 331-0111
Fax: (916) 726-8576
Email: edove3136@aol.com

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA M. HAGAN as Personal Representative and as GUARDIAN Ad LITEM for CONNOR HAGAN, a minor,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CALIFORNIA FORENSIC MEDICAL GROUP, COUNTY OF BUTTE, and Does 2-100,<br><br>　　　　Defendants. | CASE NO.: 2:07-CV-01095<br><br>ORDER DENYING REQUEST TO ADVANCE HEARING |

　　Plaintiffs' Request to Advance the Hearing Date on the Petition to Approve Settlement of Claims of Minor Plaintiff, CONNOR HAGAN, is hereby DENIED.

DATE:   October 2, 2012.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　LAWRENCE K. KARLTON
　　　　　　　　　　　　　　　　SENIOR JUDGE
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT

-1-