Ellen C. Dove, Esq., (SBN 64034)
5325 Elkhorn Blvd., #160
Sacramento, CA 95842
Telephone:  (916) 331-0111
Fax: (916) 726-8576
Email:  edove3136@aol.com

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA M. HAGAN as Personal Representative and as GUARDIAN Ad LITEM for CONNOR HAGAN, a minor,          ) ) ) ) | CASE NO.: 2:07-CV-01095 |
| Plaintiffs,          ) ) | ORDER DENYING REQUEST TO ADVANCE HEARING |
| v.          ) ) | |
| CALIFORNIA FORENSIC MEDICAL GROUP, COUNTY OF BUTTE, and Does 2-100,          ) ) ) ) | |
| Defendants.          ) _____   ) | |

Plaintiffs' Request to Advance the Hearing Date on the Petition to Approve Settlement of Claims of Minor Plaintiff, CONNOR HAGAN, is hereby DENIED.

DATE:   October 2, 2012.

```
_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT
```

-1-