```
JEROME M. VARANINI, ESQ. (State Bar No. 58531)
TRIMBLE, SHERINIAN & VARANINI
2500 Venture Oaks Way, Suite 350 (95833)
P.O. BOX 590
SACRAMENTO, CA  95812-0590
TELEPHONE:  (916) 444-8271


Attorney for Defendant
CALIFORNIA FORENSIC MEDICAL GROUP, INC.
```

UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA M. HAGAN as Personal Representative and as Guardian Ad Litem for CONNOR HAGAN, a minor,<br><br>    Plaintiffs,<br><br>vs.<br><br>CALIFORNIA FORENSIC MEDICAL GROUP, COUNTY OF BUTTE and DOES 1-100,<br><br>    Defendants.<br>_____/ | CASE NO. 2:07-CV-01095<br><br>**STIPULATION FOR DISMISSAL BY PLAINTIFF AS TO DEFENDANT CALIFORNIA FORENSIC MEDICAL GROUP, INC. AND ENTRY OF ORDER FOR DISMISSAL** |

**PLAINTIFF CHRISTINA M. HAGAN as Personal Representative and as Guardian Ad Litem for CONNOR HAGAN, a minor,** agrees and stipulates by and through her attorney of record Ellen C. Dove to this court's entry of an order dismissing with prejudice defendant CALIFORNIA FORENSIC MEDICAL GROUP, INC. and only CALIFORNIA FORENSIC MEDICAL GROUP, INC.

Dated: November 9, 2012


                                        /s/ Ellen C. Dove
                                        By: Ellen C. Dove
                                        Attorney for Plaintiff

---

Answer to Fourth Amended Complaint and
Request for Jury Trial                          1

Dated: November 9, 2012        TRIMBLE, SHERINIAN & VARANINI

*/s/ Jerome M. Varanini*
By: Jerome M. Varanini
Attorney for Defendants
CALIFORNIA FORENSIC MEDICAL GROUP, INC.

**ORDER GRANTING DISMISSAL**

Pursuant to the stipulation of the parties, defendant CALIFORNIA FORENSIC MEDICAL GROUP, INC. and only CALIFORNIA FORENSIC MEDICAL GROUP, INC. is hereby dismissed with prejudice and entry of judgment is to be entered on their behalf.

Dated: November 13, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

_____
Answer to Fourth Amended Complaint and
Request for Jury Trial      2