Kamala D. Harris, State Bar No. 146672
Attorney General of California
Alberto L. González, State Bar No. 117605
Supervising Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 324-5369
 Fax:  (916) 322-8288
 E-mail:  Alberto.Gonzalez@doj.ca.gov
*Attorneys for Defendants Garbutt and Svendsen*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CHRISTINA M. HAGAN as Personal Representative and as GUARDIAN Ad LITEM for CONNOR HAGAN, a minor,**<br><br>Plaintiffs,<br><br>v.<br><br>**CALIFORNIA FORENSIC MEDICAL GROUP, et al.,**<br><br>Defendants. | 2:07-CV-01095 LKK AC<br><br>**ORDER GRANTING REQUEST TO VACATE AND/OR CONTINUE THE PRETRIAL CONFERENCE BASED UPON SETTLEMENT**<br><br>Date:   January 28, 2013<br>Time:   2:30 p.m.<br>Courtroom:  4<br>Judge:   Hon. Lawrence K. Karlton |

GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED that based upon settlement of the above-captioned matter, the pretrial conference is hereby CONTINUED to April 15, 2013 at 10:00 a.m..

DATED: January 25, 2013

SA2007103698
11029411.doc

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1