IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTINA M. HAGAN as Personal Representative and as GUARDIAN AD LITEM for CONNOR HAGAN, a minor,

    Plaintiffs,

v.

CALIFORNIA FORENSIC MEDICAL GROUP, COUNTY OF BUTTE,

    Defendants.

/

Case No. 2:07-cv-1095 LKK AC

ORDER

    This matter was specially referred to United States Magistrate Judge Dale Drozd for Findings and Recommendations on plaintiffs' motion to approve minor's compromise. (Doc. No. 161.)

    On February 5, 2013, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice that any objections were to be filed within one day after the filing of the findings and recommendations. No objections to the findings and recommendations have been filed.

    The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

1

1           Accordingly, IT IS HEREBY ORDERED that:

2           1.  The findings and recommendations filed February 5, 2013 (Doc. No. 168) are adopted in full; and

3           2.  Plaintiffs' January 10, 2013 motion to approve compromise of minor's claims (Doc. No. 159) is granted.

DATED: February 11, 2013.

```
                              /s/ Lawrence K. Karlton
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```

2